NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-1198

STATE OF LOUISIANA

VERSUS

DANNY RAY SHERMAN

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 267652
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

DISMISSED.

Glenn G. Cortello
Attorney at Law
711 Washington St.
Alexandria, LA 71301
(318) 445-0022
Counsel for: Defendant/Appellant
Danny Ray Sherman

James C. Downs

**District Attorney - 9th JDC**
**701 Murray Street**
**Alexandria, LA 71301**
**(318) 473-6650**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Noland James Hammond**
**Attorney at Law**
**P. O. Box 1841**
**Alexandria, LA 71309**
**(318) 443-7191**
**Counsel for: Defendant/Appellant**
**Danny Ray Sherman**

**Loren Marc Lampert**
**Walker, Passman & Michiels**
**3800 Parliament Drive**
**Alexandria, LA 71315**
**(318) 449-1565**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Danny Ray Sherman**
**Rapides Par Det Cen -3**
**7400 Academy Dr.**
**Alexandria, LA 71303**